1  David G. Hagopian, State Bar No. 145171
   dhagopian@cdflitigation.com
2  Jeffrey Sikkema, State Bar No. 164367
   jsikkema@cdflitigation.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   2600 Michelson Drive
4  Suite 800
   Irvine, California  92612
5  Telephone:  (949) 622-1661
   Facsimile:  (949) 622-1669
6
   Attorneys for Defendant
7  ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
   AMERICAN RENT TO OWN
8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated, | Case No. 2:16-cv-02237 |
| Plaintiffs, | Assigned for All Purposes To: Judge: Stanley A. Bastian |
| vs. | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY** |
| ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a AMERICAN RENT TO OWN, | |
| Defendant. | Date: May 16, 2017<br>Time: 10:00 a.m.<br>Telephonic Argument: Clerk to provide number |
| | Action Filed: September 20, 2016 |

20 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21     **PLEASE TAKE NOTICE** that on May 16, 2017 at 10:00 a.m., or as soon thereafter as this

22 matter may be heard, by telephonic argument (Clerk to provide number) Defendant ASCENT

23 MORTGAGE RESOURCE GROUP LLC d/b/a AMERICAN RENT TO OWN, ("Ascent

24 Mortgage") will, and hereby does, move this Court, the Hon. Stanley A. Bastian, for an order to

25 dismiss the Complaint under FRCP 12(b)(1), or in the alternative, to stay the case pursuant to the

26 Court's inherent authority to manage pending litigation.

27

28

---

CAROTHERS DiSANTE & FREUDENBERGER LLP

1189766.1

1
DEFENDANT'S NOTICE OF MOTION AND MOTION TO
DISMISS, OR IN THE ALTERNATIVE, TO STAY

The basis for the motion to dismiss pursuant to FRCP 12(b)(1)[1] is that Plaintiffs lack standing to bring this action under Article III of the United States Constitution and the recent decision of the U.S. Supreme Court, *Spokeo, Inc. v. Robins*, 578 U.S. ___, 136 S. Ct. 1540 (2016).

The basis for the alternative motion to stay is that there are three matters pending in the appellate courts, involving the definition of "automatic telephone dialing system" and the interpretation of the phrase "prior express consent" under 47 U.S.C. § 227(b)(1)(A), as well as the Supreme Court's remand of *Spokeo, Inc. v. Robins* to the Ninth Circuit, all of which are likely to directly impact the resolution of this case. The three pending matters are:

(1)   *ACA International v. FCC*, Case No. 15-1211, United States Court of Appeals for the District of Columbia;

(2)   *Marks v. Crunch San Diego LLC*, Case No. 14-56834, United States Court of Appeals for the Ninth Circuit; and

(3)   *Robins v. Spokeo, Inc.*, Case No. 11-56843, United States Court of Appeals for the Ninth Circuit.

Under the Court's inherent authority to manage the litigation pending before it, staying the case pending the resolution of one or more of these matters is in the interest of judicial efficiency and the interest of the parties, and a stay will not prejudice any party.

This motion is based on this Notice of Motion, Defendant's Memorandum in Support of Motion to Dismiss, or in the Alternative, to Stay, the Declarations of Christopher Robinson, Geoff Mina, and Jeffrey L. Sikkema, as well as all supportive documents filed therewith, and other

///
///
///
///
///

---

[1] Some courts treat this issue as a motion to dismiss under FRCP 12(b)(6) or, as would apply in this case, a motion for judgment on the pleadings under FRCP 12(c).

1  pleadings on file in this matter, oral argument to be presented to the Court, and other such matters
2  the Court may consider.
3  Dated:  March 22, 2017                    CAROTHERS DISANTE & FREUDENBERGER LLP
4
5
                                              By:  _____/s/ Jeffrey L. Sikkema_____
6                                                         Jeffrey Sikkema
                                              Attorneys for Defendant
7                                             ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
                                              AMERICAN RENT TO OWN
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28