1  David G. Hagopian, State Bar No. 145171
   dhagopian@cdflitigation.com
2  Jeffrey Sikkema, State Bar No. 164367
   jsikkema@cdflitigation.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   2600 Michelson Drive
4  Suite 800
   Irvine, California  92612
5  Telephone:  (949) 622-1661
   Facsimile:  (949) 622-1669
6
   Attorneys for Defendant
7  ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
   AMERICAN RENT TO OWN
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a AMERICAN RENT TO OWN,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-02237<br><br>Assigned for All Purposes To:<br>Judge: Stanley A. Bastian<br><br>**DECLARATION OF GEOFF MINA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY**<br><br>Date:　　　　　　　May 16, 2017<br>Time:　　　　　　　10:00 a.m.<br>Telephonic Argument: Clerk to provide number<br><br>Action Filed: September 20, 2016 |



**CONNECT FIRST**

3101 Iris Avenue, Suite 200 · Boulder, CO 80301
866-965-1588 · www.connectfirst.com

I, Geoff Mina, declare and state as follows:

I am over the age of 18 and I am employed by Connect First, Inc. I am one of the founders of Connect First, Inc. and the Chief Executive Officer of the Company. Connect First, Inc. was founded in 2005, and it has been in business continuously since then. I have personal knowledge of the matters set forth herein.

Connect First, Inc. provides contact center software through a technology platform that customers, including defendant Ascent Mortgage Resource Group, Inc., can utilize to make outbound telephone calls or take inbound telephone calls utilizing our software infrastructure and telecommunications services.

In my capacity as Chief Executive Officer of Connect First, Inc., I am responsible for, among other things, overseeing its business operations and the development and maintenance of its platform.

Connect First, Inc.'s platform does not have the capacity to create or generate leads or telephone numbers. All phone numbers must be loaded from external sources by the user of the platform. Connect First, Inc. has also never purchased phone numbers from third parties to input into the platform.

Executed this 14th day of March 2017 at Boulder, Colorado.

_____
Connect First, Inc.

Printed Name: Geoff Mina

Title: CEO