**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:    ltfisher@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENT MORTGAGE RESOURCE GROUP LLC, d/b/a AMERICAN RENT TO OWN<br><br>Defendant. | Case No.  2:16-cv-02237-SB<br><br>**NOTICE RE *ACA INT'L v. FCC*** <br><br>The Honorable Stanley A. Bastian |

Pursuant to the Court's May 18, 2017 Order staying this case (ECF No. 25), the parties hereby notify the Court that the D.C. Circuit's opinion in *ACA Int'l v. FCC*, 2018 WL 135922 (D.C. Cir. Mar. 16, 2018) was issued on March 16, 2018. Pursuant to the Court's Order, the parties will submit briefing regarding the impact of the opinion on this case within fifteen days of this Notice.

Dated: April 9, 2018

**BURSOR & FISHER, P.A.**

By: */s/ Yeremey Krivoshey*
 Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
 ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

Dated: April 9, 2018

CAROTHERS DISANTE & FREUDENBERGER LLP

By: /s/ Jeffrey L. Sikkema
 Jeffrey Sikkema
Attorneys for Defendant
ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
AMERICAN RENT TO OWN