1  David G. Hagopian, State Bar No. 145171
   dhagopian@cdflitigation.com
2  Jeffrey Sikkema, State Bar No. 164367
   jsikkema@cdflitigation.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   2600 Michelson Drive
4  Suite 800
   Irvine, California  92612
5  Telephone:  (949) 622-1661
   Facsimile:  (949) 622-1669
6
   Attorneys for Defendant
7  ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
   AMERICAN RENT TO OWN
8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated, | Case No. 2:16-cv-02237 |
| | Assigned for All Purposes To: Judge: Stanley A. Bastian |
| Plaintiffs, vs. | **DEFENDANT'S NOTICE OF RELATED CASE** |
| ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a AMERICAN RENT TO OWN, | Action Filed:   September 20, 2016 |
| Defendant. | |

19      TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

20      Pursuant to Local Rule 123, Defendant Ascent Mortgage Resource Group LLC d/b/a

21  American Rent to Own, by and through its undersigned counsel, files this Notice of Related Case.

22      Pursuant to Local Rule 123(a)(1), Defendant believes that a newly-filed case by Plaintiffs'

23  counsel, *Patrick Roberts v. Ascent Mortgage Resource Group LLC, et al.*, Case No. 2:18-cv-00413

24  (filed on February 23, 2018) ("*Roberts* case"), involves some similar facts and the same potentially

25  dispositive issue of law (e.g., whether an "automatic telephone dialing system" was used by

26  Defendant Ascent Mortgage Resource Group LLC).  The case also involves the same counsel and

27  some of the same parties.

28

As such, Defendant believes assignment to the same judge is likely to effect a substantial savings of judicial effort. Similarly, under Local Rule 123(a)(4), Defendant believes substantial duplication of labor would result if the two actions are heard by different judges.

Although this *Coulter* case was filed on September 20, 2016, the case has been stayed pending decision of the D.C. Court of Appeals in *ACA Int'l v. FCC*, and the *Coulter* case is in an early stage. The basis for the stay was the definition of an "automatic telephone dialing system," which is also an issue in the newly-filed *Roberts* case. The D.C. Court of Appeals recently decided that case, and this court will be evaluating the status of the stay in *Coulter*. The parties plan to file a joint report to that effect on or about April 24, 2018.

Dated: April 20, 2018                     CAROTHERS DISANTE & FREUDENBERGER LLP


By:      /s/ Jeffrey L. Sikkema
                Jeffrey L. Sikkema
Attorneys for Defendant
ASCENT MORTGAGE RESOURCE GROUP LLC d/b/a
AMERICAN RENT TO OWN