**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASCENT MORTAGE RESOURCE GROUP LLC, d/b/a AMERICAN RENT TO OWN<br><br>                    Defendant. | Case No. 2:16-cv-02237-SB<br><br>Assigned for All Purposes To:<br>Judge: Stanley A. Bastian<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO LIFT STAY**<br><br>Date:  September 20, 2019<br>Without Oral Argument<br><br>Action Filed: September 20, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 20, 2019, or as soon thereafter, Plaintiffs MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated, ("Plaintiffs") will, and hereby do, move this Court, the Hon. Stanley A. Bastian, for an order to lift the stay of the case.

1  This is a proposed class action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Plaintiffs allege that Defendant "negligently, knowingly, and willfully, contacted Plaintiffs and class members on their telephone using an artificial or prerecorded voice without their prior written consent." Complaint ¶ 5 (ECF No. 1).

On May 18, 2017, this Court issued an order (ECF No. 25) staying this case pending the D.C. Circuit's decision in *ACA Int'l v. FCC*, 2018 WL 135922 (D.C. Cir. Mar. 16, 2018) ("*ACA*"). The D.C. Circuit issued an opinion in *ACA* on March 16, 2018. On April 9, 2018, the parties notified the Court of the *ACA* decision (ECF No. 26). On May 24, 2018, the parties submitted supplemental briefing regarding the impact of the *ACA* opinion on this case (ECF No. 28). Defendants argued this Court should "maintain the stay for a brief additional period until the Ninth Circuit decides the case of *Marks v. Crunch San Diego LLP*." *Id.* at 6.

On September 20, 2018, the Ninth Circuit issued an opinion in *Marks v. Crunch San Diego, LLC*, 904 F.3d 1041 (9th Cir. 2018). Plaintiffs filed a notice on January 4, 2019 wherein Plaintiffs requested a conference with the Court in order to set a schedule for case management deadlines moving forward. The case has remained stayed. Accordingly, Plaintiffs move for a lift of the stay.

Dated: August 16, 2019                          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yeremey Krivoshey*
          Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
             ykrivoshey@bursor.com

*Attorneys for Plaintiffs*