UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>ASCENT MORTAGE RESOURCE GROUP LLC, d/b/a AMERICAN RENT TO OWN<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-02237-SB<br><br>Assigned for All Purposes To:<br>Judge: Stanley A. Bastian<br><br>**[PROPOSED] ORDER GRANTING MOTION TO LIFT STAY**<br><br>Date: September 20, 2019<br>Without Oral Argument<br><br>Action Filed: September 20, 2016 |

　　　　Plaintiffs filed a motion to lift the stay of this action in light of the Ninth Circuit's opinion in *Marks v. Crunch San Diego, LLC*, 904 F.3d 1041 (9th Cir. 2018). Having reviewed the motion, the Court hereby GRANTS the motion. The parties are directed to appear for a status conference to set new case management deadlines on _____.

　　　　**IT IS SO ORDERED.**


DATED: _____, 2019　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Stanley A. Bastian
　　　　　　　　　　　　　　　　　　　　　　United States District Judge