UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASCENT MORTGAGE RESOUSE GROUP LLC, d/b/a AMERICAN RENT TO OWN,<br><br>　　　　Defendant. | No. 2:16-cv-02237-SB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

　　Before the Court is Defendant's Counsel's Motion to Withdraw as Counsel for Defendant Ascent mortgage Resource Group LLC d/b/a/ American Rent to Own, ECF NO. 41. The motion was heard without oral argument. Defendant is represented by Jeffrey Sikkema. Plaintiff did not file a response.

　　Counsel asks for leave to withdraw due to Defendant's refusal to comply with its retainer agreement regarding fees and expenses. The Court finds good cause to grant the motion. Because a corporate entity cannot represent itself, Defendant's counsel shall remain on the case for 60 days to permit Defendant to obtain new counsel, or until new counsel appears. If a new lawyer does not appear within 60 days, counsel can file his notice of withdrawal and an order of default will be entered against Defendant.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL ~ 1**

Accordingly, it is **HEREBY ORDERED**:

1. Carothers Disante & Freudenberger LLP's Motion to Withdraw as Counsel for Defendant Ascent Mortgage Resource Group LLC d/b/a/ American Rent to Own, ECF No. 41, is **GRANTED**.

2. The telephonic hearing set for November 26, 2019, is **STRICKEN**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 25th day of November 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL ~ 2**