UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| MICHELLE COULTER and RICHARD DANIELS, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENT MORTGAGE RESOUSE GROUP LLC, d/b/a AMERICAN RENT TO OWN,<br><br>Defendant. | No. 2:16-cv-02237-SB<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**[ECF NO. 48]** |

Before the Court is Plaintiffs' Motion to Dismiss Without Prejudice, ECF No. 48. Plaintiff is represented by L. Timothy Fisher and Yeremey O. Krivoshey.

Plaintiffs ask the Court to dismiss the above-captioned case pursuant to Fed. R. Civ. P 41(a)(2). Plaintiffs report that Defendant is unrepresented and no longer appears to be in operation. Good cause exists to grant Plaintiffs' motion.

//
//
//
//

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE ~** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Dismiss, ECF No. 48, is **GRANTED**.

2. The above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 14th day of July 2020.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE ~ 2**